NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GIPHY, INC.,**
*Appellant*

**v.**

**VL COLLECTIVE IP, LLC,**
*Appellee*

---

2025-1454

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00924.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                  GIPHY, INC. v. VL COLLECTIVE IP, LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

October 14, 2025
        Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 14, 2025